IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TIFFANY SHEPHERD, | CV 20–27–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The Court has been informed that the parties have reached a settlement in this case.

IT IS ORDERED that the parties shall file a stipulation to dismiss together with a proposed order dismissing the case on or before June 8, 2021.

IT IS FURTHER ORDERED that all deadlines, including the trial set for October 12, 2021, are VACATED, and pending motions are DENIED as moot.

DATED this 18th day of May, 2021.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court